WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br><br>KOHLER CO., a Wisconsin corporation; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-01762-MCE-AC<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

ORDER

As a result of the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and ORDERS that the deadline to file dispositional documents currently scheduled for March 1, 2022 is hereby continued to March 29, 2022.

IT IS SO ORDERED.

Dated:  March 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER