1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KOHLER CO., a Wisconsin corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.:  2:21-cv-01762-MCE-AC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    September 27, 2021 |

On March 22, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [ECF No. 12].

///
///
///
///
///
///
///

1
ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-01762-MCE-AC

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

IT IS SO ORDERED.

Dated: March 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE